MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ, SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:   (702) 362-2203
E-Mail: mkravitz@ksjattorneys.com
E-Mail: mesposito@ksjattorneys.com
*Attorneys for Defendant Kohl's Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICIA M .GENNA<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; GENESIS CREDIT MANAGEMENT, LLC; CAPITAL ONE BANK; KOHL'S INC., AND TD BANK USA<br><br>Defendants. | Case No.: 2:22-cv-01429-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSIVES PLEADING** |

Plaintiff, ALICIA M. GENNA, by and through her counsel, the KRIEGER LAW GROUP, LLC, and KOHL'S INC., by and through its counsel, KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damage Pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681, *et. seq.* on September 2, 2022;

2. Plaintiff served Kohl's Inc. on September 6, 2022;

3. Kohl's Inc.'s deadline to respond, move or otherwise plead to the Complaint is September 27, 2022;

4. Plaintiff and Kohl's Inc. have agreed to continue Kohl's Inc.'s responsive deadline until October 27, 2022;

5. This continuance will allow Kohl's Inc. to review its records pertaining to the allegations in the Complaint, and allow the Parties time to meaningfully discuss the merits of the

1

same.

6. This is the first stipulation between the Plaintiff and Kohl's Inc.to extend the time for Kohl's Inc.to respond, move, or otherwise plead to the Complaint and it is not being entered into for purposes of delay.

DATED this 23rd day of September, 2022.        DATED this 23rd day of September, 2022.

KRAVITZ SCHNITZER                               KRIEGER LAW GROUP, LLC
JOHNSON & WATSON, CHTD.

*/s/ Michael R. Esposito, Esq.*                 */s/ Shawn Miller, Esq.*
MARTIN J. KRAVITZ, ESQ.                         DAVID KRIEGER, ESQ.
Nevada Bar No. 83                               Nevada Bar No. 9086
MICHAEL R. ESPOSITO, ESQ.                       SHAWN MILLER, ESQ.
Nevada Bar No. 13482                            Nevada Bar No. 7825
8985 S. Eastern Avenue, Suite 200               5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89123                         Las Vegas, Nevada 8948
*Attorneys for Defendant Kohl's Inc.*           *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   September 26th, 2022

2