1
2
**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS**
3
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
4
Plano, TX 75024
(214) 560-5443
5
(214) 871-2111 Fax
rswernofsky@qslwm.com
6
*Counsel for Trans Union LLC*

7
**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
8
Nevada Bar No. 6228
6605 Grand Montecito Parkway, Suite 200
9
Las Vegas, NV 89149

10

11
**IN THE UNITED STATES DISTRICT COURT**
12
**FOR THE DISTRICT OF NEVADA**
13

| | |
|---|---|
| ALICIA M. GENNA,<br><br>              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC, TRANS UNION, LLC, GENESIS<br>CREDIT MANAGEMENT, LLC, CAPITAL<br>ONE BANK, KOHLS INC, and TD BANK<br>USA,<br><br>              Defendants. | Case No. 2:22-cv-01429-GMN-EJY<br><br>**JOINT STIPULATION AND ORDER<br>EXTENDING DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

14
15
16
17
18
19
20

21        Plaintiff Alicia M. Genna ("Plantiff"), and Defendants Trans Union LLC ("Trans
22   Union"), Equifax Information Services, LLC ("Equifax") and TD Bank USA, N.A. (misnamed
23   as "TD Bank USA") ("TD") ("the Parties") hereby jointly move to extend all deadlines set forth
24   in the Stipulated Discovery Plan and Scheduling Order filed with this Court on November 10,
25   2022, (ECF No. 27) by a period of sixty (60) days.
26        1.        On September 2, 2022, Plaintiff filed her Complaint (ECF No. 1), against
27   Defendants Trans Union, Equifax and TD.
28

1

6068242.1

2.      Trans Union filed its Answer to Plaintiff's Complaint on September 27, 2022 (ECF No. 10).  TD filed its Answer to Plaintiff's Complaint on October 7, 2022 (ECF No. 12).

3.      On October 7, 2022, Plaintiff filed her Amended Complaint (ECF No. 13), against Defendants Trans Union, Equifax and TD.

4.      Trans Union filed its Answer to Plaintiff's Amended Complaint on October 10, 2022 (ECF No. 14).  Equifax filed its Answer to Plaintiff's Amended Complaint on October 26, 2022 (ECF No. 18).  TD filed its Answer to Plaintiff's Amended Complaint on November 2, 2022 (ECF No. 22).

5.      The parties have completed the following discovery to date: The parties have exchanged initial disclosures, Plaintiff has served her first set of document production, Plaintiff served written discovery requests to all Defendants on December 12, 2022 and December 30, 2022, Trans Union served written discovery requests to Plaintiff on January 31, 2023, and Equifax has settled with Plaintiff and is currently finalizing settlement terms and agreements.

6.      The parties still need to conduct depositions, potentially additional written discovery, serve subpoenas, conduct third-party depositions, and conduct expert discovery.

7.      The Parties require more time and accompanying deadlines from the Court to adequately conduct discovery due to scheduling conflicts.  The parties are also discussing settlement.

8.      Good cause exists for the requested extension, namely, this action involves three remaining defendants, each with their own separate claims and affirmative defenses. Given that plaintiff will propound and respond to discovery with each defendant, potentially conduct depositions for each defendants' witnesses located across the country, may retain at least one expert, and must coordinate with counsel for each defendant, the Parties cannot fully investigate and litigate this action within the standard discovery period .

9.      The additional time will allow the Parties to conduct additional fact discovery, including taking depositions, potentially additional written discovery, acquiring all documents from third-parties, resolving any discovery issues, and additional time to adequately determine whether expert discovery will be needed in this matter. The Parties have also engaged in

2

6068242.1

settlement discussions and the additional time will assist in continuing those discussions and explore a mediation or settlement conference

10.     No party will be prejudiced by this Court granting this Stipulation as all parties jointly seek an extension of these deadlines. Moreover, the Parties believe that allowing the extension will serve the ends of judicial economy.

11.     Moreover, the requested extensions are not sought for the purposes of delay.

12.     This is the Parties' first request to extend these deadlines.

13.     Accordingly, the parties request adoption of the following deadlines:

**a.  Discovery Plan:**

| | |
|---|---|
| Discovery Cut-off | **05/26/2023** |
| Deadline to Disclose Rebuttal Expert Disclosures | **04/28/2023** |
| Deadline to File Dispositive Motions | **06/26/2023** |

**b.  Pre-Trial Order:** The parties shall file a joint pretrial order no later than **07/26/2023** or thirty (30) days after the date set for filing dispositive motions. In the event that parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion or further order of the Court.

WHEREFORE, Plaintiff and Trans Union, Equifax and TD respectfully request this Honorable Court (1) extend discovery in the present matter as set forth above; and (2) reissue a new Scheduling Order to reflect the requested extension.

6068242.1

DATED: January 31, 2023

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

/s/ Rachael Swernofsky
**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 871-2100
(214) 871-2111 Fax
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

**CLARK HILL**


/s/ Gia Marina
**GIA MARINA**
Nevada Bar No. 15276
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
(702) 862-8300
(701) 778-9709 Fax
gmarina@clarkhill.com
*Counsel for Equifax Information Services LLC*

**LAW OFFICES OF MILES N. CLARK, LLC**

/s/ Miles N. Clark
**MILES N. CLARK**
Nevada Bar No. 13848
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148-7700
(702) 856-7430
(702) 447-8048 Fax
miles@milesclarklaw.com
*Counsel for Plaintiff*

**BARNES & THORNBURG LLP**


/s/ Brian Melendez
**BRIAN MELENDEZ**
License No. 0223633 (Minn.) (admitted pro hac vice)
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

in association with

Loren S. Young
LINCOLN, GUSTAFSON & CERCOS LLP
Nev. Bar No. 7567
Suite 200
3960 Howard Hughes Parkway
Las Vegas, NV 89169
Ph. 702.257.1997
Fax 702.257.2203
lyoung@lgclawoffice.com

*Counsel for TD Bank USA, N.A.
(misnamed as "TD Bank USA")*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of January, 2023.

6068242.1

4