1  Miles N. Clark, Esq.
Nevada Bar No. 13848
2  LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
3  Las Vegas, NV 89148
Phone: (702) 856-7430
4  Fax: (702) 552-2370
Email: miles@milesclarklaw.com
5

6  Shawn W. Miller, Esq.
Nevada Bar No. 7825
7  KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
8  Las Vegas, NV 89148
Phone: (702) 848-3855
9  Email: smiller@kriegerlawgroup.com

10
*Counsel for Plaintiff*
11  *ALICIA M. GENNA*

12              **UNITED STATES DISTRICT COURT**

13                 **DISTRICT OF NEVADA**

14  ALICIA M. GENNA,                          | Case No. 2:22-cv-01429-GMN-EJY

15              Plaintiff,                     | **STIPULATION AND PROPOSED ORDER**
                                              | **OF DISMISSAL OF TD BANK USA, N.A.,**
16      v.                                     | **WITH PREJUDICE**

17  EQUIFAX INFORMATION SERVICES,             | Complaint filed:  September 2, 2022
    LLC; TRANS UNION, LLC; and TD BANK
18  USA,                                       | Assigned to Hon. Judge Gloria M. Navarro

19              Defendants.

20

21          PLEASE TAKE NOTICE that there are no longer any issues in this matter between

22  Plaintiff Alicia M. Genna and TD Bank USA, N.A., misnamed as TD Bank USA ("TD Bank") to

23  be determined by this Court. Plaintiff and TD Bank hereby stipulate that all claims and causes of

24  action that were or could have been asserted against TD Bank are hereby dismissed with prejudice,

25  with court costs to be paid by the party incurring same.

26

27

28  //

Stipulation and Proposed Order of Dismissal of TD Bank, USA, N.A., With Prejudice

**IT IS SO STIPULATED.**
DATED: April 3, 2023.

| | |
|---|---|
| **LAW OFFICES OF MILES N. CLARK, LLC**<br><br>/s/ *Miles N. Clark*<br>—————————————<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com<br><br>**KRIEGER LAW GROUP, LLC**<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>5502 S. Fort Apache Rd, Suite 200<br>Las Vegas, NV 89148<br>Email: smiller@kriegerlawgroup.com<br><br>*Counsel for Plaintiff*<br>*Alicia M. Genna* | **BARNES & THORNBURG LLP**<br><br>/s/ *Brian Melendez*<br>—————————————<br>Brian Melendez, Esq.<br>*(Admitted Pro Hac Vice)*<br>225 South Sixth Street, Suite 2800<br>Minneapolis, MN 55402<br>Email: brian.melendez@btlaw.com<br><br>**LINCOLN, GUSTAFSON & CERCOS, LLP**<br>Loren S. Young, Esq.<br>Nevada Bar No. 7567<br>7670 W. Lake Mead Blvd., Suite 200<br>Las Vegas, NV 89128<br>Email: lyoung@lgclawoffice.com<br><br>*Attorneys for Defendant*<br>*TD Bank USA, N.A. (misnamed as "TD Bank USA")* |
| **ALVERSON TAYLOR & SANDERS**<br><br>/s/ *Kurt R. Bonds*<br>—————————————<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>6605 Grand Montecito Pkwy., Suite 200<br>Las Vegas, NV 89149<br>Email: efile@alversontaylor.com<br><br>**BUCHANAN INGERSOLL & ROONEY PC**<br>Samantha Southall, Esq.<br>*(Admitted Pro Hac Vice)*<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>Email: samantha.southall@bipc.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* | **CLARK HILL PLLC**<br><br>/s/ *Gia Marina*<br>—————————————<br>Gia Marina, Esq.<br>Nevada Bar No.<br>1700 South Pavilion Center Dr, Suite 500<br>Las Vegas, NV 89135<br>Email: gmarina@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com

**ORDER GRANTING
STIPULATION OF DISMISSAL TD BANK USA, N.A., WITH PREJUDICE**

**IT IS SO ORDERED.**

DATED: _____April 3_____, 2023    _____
                                  U.S. DISTRICT COURT JUDGE

                                  *Genna v. Equifax Information Services, LLC et al*
                                  *Case No. 2:22-cv-01429-GMN-EJY*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com