Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiff*
*ALICIA M. GENNA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA M. GENNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01429-GMN-EJY<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE**<br><br>Complaint filed:  September 2, 2022<br><br>Assigned to Hon. Judge Gloria M. Navarro |

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Alicia M. Genna and Trans Union LLC ("Trans Union") to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

//

Stipulation and Proposed Order of Dismissal of TD Bank, USA, N.A., With Prejudice

**IT IS SO STIPULATED.**
DATED: May 18, 2023.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Kurt R. Bonds* |
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com | Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>6605 Grand Montecito Pkwy., Suite 200<br>Las Vegas, NV 89149<br>Email: efile@alversontaylor.com |
| **KRIEGER LAW GROUP, LLC**<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>5502 S. Fort Apache Rd, Suite 200<br>Las Vegas, NV 89148<br>Email: smiller@kriegerlawgroup.com | **BUCHANAN INGERSOLL & ROONEY PC**<br>Samantha Southall, Esq.<br>*(Admitted Pro Hac Vice)*<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>Email: samantha.southall@bipc.com |
| *Counsel for Plaintiff*<br>*Alicia M. Genna* | *Counsel for Defendant*<br>*Trans Union LLC* |

# ORDER GRANTING
## STIPULATION OF DISMISSAL TRANS UNION LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED: _____May 17_____, 2023

_____
U.S. DISTRICT COURT JUDGE

*Genna v. Equifax Information Services, LLC et al*
*Case No. 2:22-cv-01429-GMN-EJY*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

Stipulation and Proposed Order of Dismissal of TD Bank, USA, N.A., With Prejudice
2 of 2

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com